IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BRYAN JON BECK, CHRISTOPHER WESTON HUDSON<br><br>Defendants. | Case No.  4:16-CR-74-BLW<br><br>**ORDER** |

The defendant Hudson has filed a motion to suppress.  The motion seeks to suppress evidence obtained during a traffic stop seach.  Accordingly, the motion must be resolved before trial and there is excludable time between the date of its filing and a reasonable time for its prompt resolution.  *See* 18 U.S.C. §3161(h)(1)(D); *United States v. Tinklenberg* 131 S.Ct. 2007 (2011).

Trial is presently set for December 12, 2016.  But the briefing on the motion to suppress will not be completed until just prior to that date, and the Court will need to hold an evidentiary hearing and then make a ruling.  The Court could hold a hearing on the date now set for trial, and render a decision shortly thereafter.  That would mean moving the trial date to January 3, 2017.  The Court finds that this is a reasonable time to hear and resolve the motion.

Order - 1

The Court finds that the period of delay between the filing of the motion to suppress (docket no. 45) on October 30, 2016, and the prompt disposition of the motion is excludable time under 18 U.S.C. § 3161(h)(1)(D).

This new trial date applies to all defendants. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the present trial date of December 12, 2016, (and the pretrial conference date of December 1, 2016) is VACATED, and that a new trial date be set for **January 3, 2017, at 1:30 p.m.** in the Federal Courthouse in Poctatello, Idaho. This trial date applies to all defendants.

IT IS FURTHER ORDERED, that the pretrial conference shall be held on **December 22, 2016,** at 4:00 p.m. by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

IT IS FURTHER ORDERED, that all pretrial motions shall be filed on or before **December 2, 2016**.

IT IS FURTHER ORDERED, that the period of time between the filing date of the motion to suppress (docket no. 45) on October 30, 2016, and the prompt disposition of the motion is excludable time under 18 U.S.C. § 3161(h)(1)(D).

**Order - 2**

IT IS FURTHER ORDERED, that a hearing shall be held on the motion to suppress on **December 12, 2016, at 9:00 a.m.** before Judge Winmill in the Federal Courthouse in Poctaello, Idaho.

DATED:  **November 3, 2016**

B. LYNN WINMILL
Chief Judge
United States District Court

Order - 3